IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Richard Eggers, individually and on behalf of a putative class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A., Paula Sullivan, Tami Burnham, and Pete DeLanoit, in their individual and corporate capacities,<br><br>    Defendants. | Case No:  4:15-cv-64<br><br><br>Plaintiff's Motion to Dismiss Without Prejudice |

COMES NOW the Plaintiff, Richard Eggers, and for his motion to dismiss without prejudice states as follows:

1.   Mr. Eggers hereby moves to dismiss the litigation under Case Number 4:15-cv-00064 without prejudice.

2.   Mr. Eggers requests this dismissal because on June 4, 2015, he amended his Title VII claims under Case Number 4:15-cv-00394 to include his ICRA claims set forth under Case Number 4:15-cv-00064.

3.   This dismissal is being filed pursuant to an agreement reached by the parties to consolidate Mr. Eggers' timely-filed Title VII and ICRA claims under one case number.

WHEREFORE, Mr. Eggers respectfully requests for the Court to dismiss his claims without prejudice under Case Number 4:15-cv-00064.

Respectfully submitted,

                                               NEWKIRK ZWAGERMAN, P.L.C.

                                               ___/s/Leonard Bates_____
                                               Thomas Newkirk, AT0005791
                                               Leonard Bates, AT0010869
                                               lbates@newkirklaw.com
                                               515 E. Locust Street, Suite 300
                                               Des Moines, IA  50309
                                               Telephone:  515-883-2000
                                               Facsimile:  515-883-2004

                                               ATTORNEYS FOR PLAINTIFF

Original Filed.

Copy to:
Michael A. Giudicessi
Emily S. Hildebrand Pontius
Britt L. Teply
Faegre Baker Daniels LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone:  515-248-9000

ATTORNEYS FOR DEFENDANT